# CASES ARGUED AND DECIDED

## IN THE

# SUPREME COURT OF MISSISSIPPI

### AT THE

## MARCH TERM, 1911.

---

### EMMA HAGGETT *v.* STATE.

[56 South. 172.]

CRIMINAL LAW. *Continuance. Illness of accused. Trial in absence.*
>    It was reversible error to try accused for a misdemeanor in her absence when she was unable to be present at the trial on account of sickness, a continuance should have been granted.

APPEAL from the circuit court of Forrest county.
HON. PAUL B. JOHNSON, Judge.

Emma Haggett was convicted of unlawful retailing and appeals.

The facts are as follows:

When the case was called for trial in the circuit court, accused did not appear; but her attorney filed an application for a continuance, supported by affidavit setting out the fact that she was too sick for trial and under treatment of a physician, who also testified as to her condi-

(844)

tion. The continuance was denied, and she was tried in her absence and convicted.

No brief of counsel on either side found in the record.

SMITH, J., delivered the opinion of the court.

The testimony of the witness Ammons is not in conflict with the evidence of the two physicians, and from the evidence of these physicians it is manifest that appellant was too ill to be present at her trial, and consequently the motion for a continuance should have been sustained. *Corbin* v. *State*, 55 South. 43.

*Reversed and remanded.*